# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTOINE WILLIAMS

NO. 2021 KW 1351

**JANUARY 31, 2022**

---

In Re:   Antoine Williams, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 97243.

---

**BEFORE:   MCDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

> **JMM**
> **WIL**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT